# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2026-0647
LT Case No. 2016-CF-000222-A
_____

JAMES PRITCHARD, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

James Pritchard, Jr., Lowell, pro se.

No Appearance for Appellee.


July 16, 2026


PER CURIAM.

    AFFIRMED.


WALLIS, LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____